1  Douglas A. Plazak, State Bar No. 181709
   dplazak@rhlaw.com
2  REID & HELLYER APC
   3685 Main Street, Suite 300
3  Riverside, California 92501
   Telephone:  (951) 682-1771
4  Facsimile:  (951) 686-2415

5  Proposed Attorneys for
   Debtor and Debtor-in-Possession

6

7

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                         **RIVERSIDE DIVISION**

11 | In re Indian Canyon & 18th Property | Case No. 6:22-bk-13378-SY |
   | Owners Association | |
12 | | Chapter 11, SubChapter V |
   | Debtor and Debtor-in- | |
13 | Possession. | Adv. No. 6:22-ap_____ SY |

14 _____

15 Happy Hours, LLC; DHS Lot 11        **NOTICE OF REMOVAL OF**
   Holdings, Inc.; Moon Lev Investments, **LAWSUIT PENDING IN THE**
16 LLC,                                 **UNITED STATES DISTRICT**
                                        **COURT, CENTRAL DISTRICT**
17           Plaintiffs,                **TO BANKRUPTCY COURT**

18      vs.                             **[28 U.S.C. § 1452(a); FRBP 9027(a);**
                                        **LBR 9027-1(a)]**
19 Coachillin Holdings, LLC; Coachillin
   Energy Company, LLC; Eco Master      TO BE SET;
20 Corporation; Indian Canyon & 18th    Date:        September ___, 2022
   Property Owners Association; Kenneth  Time:
21 Dickerson; William Moreland; Katherine Crtrm:       #302, Third Floor
   Beneteau; Michael Dickerson; Kirsten              3420 Twelfth Street
22 Dickerson; Ricky McCormies,                       Riverside, CA 92501

           Defendants.
23

24

25 _____

26 _____

27 ////

28 ////

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES TO THE LAWSUIT BEING REMOVED AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1452(a), Rule 9027(a) of the Federal Rules of Bankruptcy Procedure ("FRBP") and Local Bankruptcy Rule 9027-1(a), Indian Canyon & 18th Property Owners Association ("Debtor" and "Debtor-in-Possession") of the bankruptcy estate (the "Estate"), real party in interest and Defendant in the action titled *Alpenglow Management Group LLC; Brightside Estate Holdings; En Primeur, LLC,, Plaintiffs, v. Coachillin Holdings, LLC; Kenneth Dickerson; Indian Canyon & 18th Property Owners Association; Kirsten Dickerson; Katherine Dickerson, Defendants,* which is pending in the Superior Court of the State of California, for the County of Riverside ("Riverside Superior Court" or "RSC"), as Case No. PSC2002599 (the "Action"), hereby removes the Action in its entirety from the RSC, where it was originally filed, to the United States Bankruptcy Court for the Central District of California, Riverside Division and hereby gives notice of such removal to each of the following:

**A. <u>Name/Address of Court Where Action is Being Removed.</u>**

Riverside County Superior Court
3255 E. Tahquitz Canyon Way
Palm Springs, CA 92262

**B. Name/Address of Counsel to Each Party in the Action.**

See attached Exhibit 1.

Riverside, CA 92501

**B. Name/Address of Counsel to Each Party in the Action.**

See attached Exhibit 1.

Removal of the Action is based upon the following facts:

1. On May 24, 2022, Happy Hours, LLC; DHS Lot 11 Holdings, Inc.; Moon Lev Investments, LLC,  ("HDM") filed a civil action against Debtor entitled *Happy Hours, LLC; DHS Lot 11 Holdings, Inc.; Moon Lev Investments, LLC, Plaintiffs, v. Coachillin Holdings, LLC; Coachillin Energy Company, LLC; Eco Master Corporation; Indian Canyon & 18th Property Owners Association; Kenneth Dickerson; William Moreland; Katherine Beneteau; Michael Dickerson; Kirsten Dickerson; Ricky McCormies, Defendants,* in the United States District Court, Central District of California, Eastern Division – Riverside.  In the action, HDM assert that the Debtor improperly imposed assessments on HDM, among other claims, as more fully set forth in the copy of the complaint that will be filed in accordance with Local Bankruptcy Rule 9027-1(d).

2. The Action is not a proceeding before the United States Tax Court.

3. The Action is not a civil action by a governmental unit to enforce its police or regularly power.

4. The Action was formerly pending in the United States District Court, Central District of California, Eastern Division - Riverside.

////

5. On September 6, 2022, Debtor filed a voluntary Chapter 11, SubChapter V petition for relief in the United States Bankruptcy Court for the Central District of California, Riverside Division, which case is currently pending.

6. The Action is a core proceeding within the meaning of 28 U.S.C. § § 157(b)(2)(A)(B) and 1334. To the extent that the bankruptcy court finds that the Action is not a core proceeding, the Action nevertheless constitutes a related proceeding pursuant to 28 U.S.C. § 157(c)(2) and 1334(b).

7. Consent to Jurisdiction: This Court has jurisdiction over the Action pursuant to 28 U.S.C. § 1334(b). Upon the Debtor's filing a voluntary Chapter 11 bankruptcy proceeding, the Debtor's Estate became the real party in interest, with exclusive jurisdiction to defend the claims contained in the Action. The Debtor does consent to entry of a final order in the Action by the bankruptcy court.

8. Removal of the Action to this court is proper pursuant to 28 U.S.C. § 1452(a) and Rule 9027 of the Federal Rules of Bankruptcy Procedure ("FRBP").

9. Venue for the Action is proper in this court under 28 U.S.C. § 1452(a) because this Court is the bankruptcy court located in the federal district where the Action that was pending in non-bankruptcy court was located.

10. A true and correct copy of the docket of the Action is attached hereto as Exhibit 2. Relevant documents to the Action will be submitted under separate cover.

////

////

**PLEASE TAKE FURTHER NOTICE** that pursuant to FRBP 9027(c), this Notice of Removal shall be filed with the Clerk of the United States District Court, Central District, Eastern Division - Riverside.  The parties to the removed Action shall proceed no further in the United States District Court, Central District, Eastern Division - Riverside, unless and until the Action is remanded.

DATED:  September 8 , 2022

REID & HELLYER, APC
By: _____
       Douglas A. Plazak
       Proposed Attorneys for Debtor
       And Debtor-in-Possession

**EXHIBIT 1**

B.      Name/Address of Counsel to Each Party in the Action.

Plaintiffs/Counsel:
Happy Hours, LLC
DHS Lot 11 Holdings, LLC
Moon Lev Investments

Brad A. Hakala
Hakala Law Group PC
One World Trade Center
Suite 1870
Long Beach, CA 90831

Defendants/Counsel:
Coachillin Holdings, LLC
Coachillin Energy Company, LLC
Kenneth Dickerson
William Moreland
Katherine Beneteau
Michael Dickerson
Kirsten Dickerson
Ricky McCormies

Kristopher S. Davis
Faegre Drinker Biddle and Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

Defendant/Counsel:
Indian Canyon and 18th Property Owners Association

Joseph A. Levanthal
Dinsmore and Shohl LLP
655 W. Broadway, Suite 800
San Diego, CA 92101

Defendant/Counsel:

EcoMaster Corporation

J. Scott Zundel
J. Scott Zundel Law Offices
74-000 Country Club Dr., Suite C-4
Palm Desert, CA 92260

**EXHIBIT 2 – COURT DOCKET**

9/8/22, 10:08 AM                              CM/ECF - California Central District

Case 6:22-ap-01079-SY    Doc 1    Filed 09/09/22    Entered 09/09/22 09:10:19    Desc
                  Main Document       Page 8 of 15 CO,(SHKx),DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00865-JWH-SHK

Happy Hours, LLC et al v. Coachillin Holdings, LLC et al
Assigned to: Judge John W. Holcomb
Referred to: Magistrate Judge Shashi H. Kewalramani
Related Case: 5:22-cv-00943-JWH-SHK
Case in other court: Riverside County Superior Court,
                     CVPS2201196
Cause: 28:1441 Notice of Removal - Racketeering (RICO) Act

Date Filed: 05/24/2022
Jury Demand: Both
Nature of Suit: 470 Racketeer/Corrupt
Organization
Jurisdiction: Federal Question

### Plaintiff

**Happy Hours, LLC**
*a California Limited Liability Company*

represented by **Brad A Hakala**
Hakala Law Group PC
One World Trade Center Suite 1870
Long Beach, CA 90831
562-432-5023
Fax: 562-786-8606
Email: bhakala@hakala-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Nicholas Ostrowski**
Hakala Law Group PC
One World Trade Center Suite 1870
Long Beach, CA 90831
562-432-5023
Fax: 562-786-8606
Email: rostrowski@hakala-law.com
*ATTORNEY TO BE NOTICED*

### Plaintiff

**DHS Lot 11 Holdings, LLC**
*a Delaware Limited Liability Company*

represented by **Brad A Hakala**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Nicholas Ostrowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Moon Lev Investments, LLC**
*a California Limited Liability Company*

represented by **Brad A Hakala**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Nicholas Ostrowski**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Coachillin Holdings, LLC**                    represented by **Kristopher S. Davis**
*a California Limited Liability Company*                          Faegre Drinker Biddle and Reath LLP
                                                                 1800 Century Park East Suite 1500
                                                                 Los Angeles, CA 90067-1517
                                                                 310-203-4000
                                                                 Fax: 310-229-1285
                                                                 Email: kristopher.davis@faegredrinker.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Coachillin Energy Company, LLC**              represented by **Kristopher S. Davis**
*a California Limited Liability Company*                          (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**EcoMaster Corporation**                       represented by **Kristopher S. Davis**
*a California Corporation*                                        (See above for address)
                                                                 *TERMINATED: 08/05/2022*
                                                                 *LEAD ATTORNEY*

                                                                 **J Scott Zundel**
                                                                 J Scott Zundel Law Offices
                                                                 74-000 Country Club Dr, Suite C-4
                                                                 Palm Desert, CA 92260
                                                                 760-568-0387
                                                                 Email: szundellaw@msn.com
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Indian Canyon & 18th Property Owners**        represented by **Joseph S. Leventhal**
**Association**                                                  Dinsmore and Shohl LLP
*a California nonprofit mutual benefit*                           655 West Broadway Suite 800
*corporation*                                                    San Diego, CA 92101
                                                                 619-400-0500
                                                                 Fax: 619-400-0501
                                                                 Email: joseph.leventhal@dinsmore.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Kenneth Dickerson**                           represented by **Kristopher S. Davis**
*an Individual*                                                  (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**William Moreland**
*an Individual*

represented by **Kristopher S. Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Katherine Beneteau**
*an Individual*
*also known as*
Katherine Dickerson

represented by **Kristopher S. Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Dickerson**
*an Individual*

represented by **Kristopher S. Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kirsten Dickerson**
*an Individual*

represented by **Kristopher S. Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ricky McCormies**
*an Individual*

represented by **Kristopher S. Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 50, inclusive*

**Mediator (ADR Panel)**

**Richard J McNeil**

represented by **Richard J McNeil**
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
949-263-8400
Fax: 949-263-8414
Email: rmcneil@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2022 | 1 | NOTICE OF REMOVAL from Riverside County Superior Court, case number CVPS2201196 Receipt No: ACACDC-33351382 - Fee: $402, filed by Defendant Coachillin Holdings, LLC. (Attachments: # 1 Exhibit A - Summons and Complaint, and Proof of Service, # 2 Exhibit B - Proofs of Service for Coachillin Energy, EcoMaster Corporation, POA, Kenneth Dickerson, Katherine Beneteau, Michael Dickerson, Kirsten |

Case 6:22-ap-01079-SY   Doc 1   Filed 09/09/22   Entered 09/09/22 09:10:19   Desc
Main Document   Page 11 of 15

| | | |
|---|---|---|
| | | Dickerson, and William Moreland, Civil Cover Sheet, Certificate of Counsel, Notice of Department Assignment, Notices of Case Management Conferences, Notice of Department Reassignment, Joint Answer to Plaintiffs Complaint, and Defendant Indian Canyon & 18th Property Owners Associations Answer to Plaintiffs Complaint) (Attorney Kristopher S. Davis added to party Coachillin Holdings, LLC(pty:dft))(Davis, Kristopher) (Entered: 05/24/2022) |
| 05/24/2022 | 2 | CIVIL COVER SHEET filed by Defendant Coachillin Holdings, LLC. (Davis, Kristopher) (Entered: 05/24/2022) |
| 05/24/2022 | 3 | NOTICE of Interested Parties filed by Defendant Coachillin Holdings, LLC, identifying William D. Moreland and Kenneth R. Dickerson. (Davis, Kristopher) (Entered: 05/24/2022) |
| 05/24/2022 | 4 | DEMAND FOR JURY TRIAL filed by Defendant Coachillin Holdings, LLC re: Notice of Removal (Attorney Civil Case Opening),,, 1 (Davis, Kristopher) (Entered: 05/24/2022) |
| 05/24/2022 | 5 | CERTIFICATE OF SERVICE filed by Defendant Coachillin Holdings, LLC, re Certificate/Notice of Interested Parties 3 , Miscellaneous Document 4 , Civil Cover Sheet (CV-71) 2 , Notice of Removal (Attorney Civil Case Opening),,, 1 served on 05/24/2022. (Davis, Kristopher) (Entered: 05/24/2022) |
| 05/24/2022 | 6 | CERTIFICATE OF SERVICE filed by Defendant Coachillin Holdings, LLC, re Notice of Removal (Attorney Civil Case Opening),,, 1 *CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT* served on 05/24/2022. (Attachments: # 1 Exhibit A to Certificate of Service)(Davis, Kristopher) (Entered: 05/24/2022) |
| 05/24/2022 | | CONFORMED E-FILED COPY OF COMPLAINT against defendants Katherine Beneteau, Coachillin Energy Company, LLC, Coachillin Holdings, LLC, Does, EcoMaster Corporation, Indian Canyon & 18th Property Owners Association, Kenneth Dickerson, Kirsten Dickerson, Michael Dickerson, Ricky McCormies, William Moreland. Jury Demanded, filed by plaintiffs Moon Lev Investments, LLC, DHS Lot 11 Holdings, LLC, Happy Hours, LLC. [FILED IN STATE COURT ON 03/25/2022 SUBMITTED AS EXHIBIT A AS ATTACHMENT 1-1 TO NOTICE OF REMOVAL 1 . (rolm) (Entered: 05/25/2022) |
| 05/24/2022 | | CONFORMED E-FILED COPY ANSWER TO COMPLAINT filed by defendants Katherine Beneteau, Coachillin Energy Company, LLC, Coachillin Holdings, LLC, EcoMaster Corporation, Kenneth Dickerson, Kirsten Dickerson, Michael Dickerson, William Moreland. [FILED IN STATE COURT ON 5/23/2022 SUBMITTED AS EXHIBIT C AS ATTACHMENT 1-3 TO NOTICE OF REMOVAL 1 . (rolm) (Entered: 05/25/2022) |
| 05/24/2022 | | CONFORMED E-FILED COPY OF ANSWER TO COMPLAINT filed by defendant Indian Canyon & 18th Property Owners Association. [FILED IN STATE COURT ON 5/23/2022 SUBMITTED AS EXHIBIT C AS ATTACHMENT 1-3 TO NOTICE OF REMOVAL 1 . (rolm) (Entered: 05/25/2022) |
| 05/25/2022 | 7 | NOTICE OF ASSIGNMENT of Eastern Division Removal Case and Notice re Consent to proceed before a U.S. Magistrate Judge. This case was initially assigned to District Judge Jesus G. Bernal and referred to Magistrate Judge Shashi H. Kewalramani for discovery. Pursuant to General Order 21-01, this case has been randomly reassigned to District Judge John W. Holcomb. The case number on all documents filed with the Court in this case should read as follows: 5:22-cv-00865 JWH (SHKx). (rolm) (Entered: 05/25/2022) |
| 05/25/2022 | 8 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (rolm) (Entered: 05/25/2022) |

| 05/25/2022 | 9 | Notice to Counsel Re: Proceedings before United States Magistrate Judge. (rolm) (Entered: 05/25/2022) |
|---|---|---|
| 05/26/2022 | 10 | CERTIFICATE OF SERVICE filed by Defendant Coachillin Holdings, LLC, re Notice of Reassignment of Eastern Division Removal Case (CV-106) - optional html form, 7 , Notice to Counsel Re: Consent to Proceed before a US Magistrate Judge - optional html form 9 , Notice to Parties of Court-Directed ADR Program (ADR-8) - optional html form 8 *and Standing Order* served on 05/26/2022. (Davis, Kristopher) (Entered: 05/26/2022) |
| 06/03/2022 | 11 | STANDING ORDER by Judge John W. Holcomb. (dgo) (Entered: 06/03/2022) |
| 06/03/2022 | 12 | ORDER SETTING SCHEDULING CONFERENCE by Judge John W. Holcomb. Scheduling Conference set for 7/29/2022 at 11:00 AM before Judge John W. Holcomb. (dgo) (Entered: 06/03/2022) |
| 06/06/2022 | 13 | CERTIFICATE OF SERVICE filed by Defendant Coachillin Holdings, LLC, re Initial Order upon Filing of Complaint - form only 11 , Initial Order Setting R26 Scheduling Conference - form only 12 served on 06/06/2022. (Davis, Kristopher) (Entered: 06/06/2022) |
| 06/06/2022 | 14 | Request for Clerk to Issue Summons on Complaint - (Discovery),, filed by Plaintiffs DHS Lot 11 Holdings, LLC, Happy Hours, LLC, Moon Lev Investments, LLC. (Hakala, Brad) (Entered: 06/06/2022) |
| 06/08/2022 | 15 | 21 DAY Summons Issued re Complaint (Discovery) as to Defendant Ricky McCormies. (yl) (Entered: 06/08/2022) |
| 06/22/2022 | 16 | PROOF OF SERVICE UNDER FRCP 5(b)(2)(D) Executed by Plaintiff Moon Lev Investments, LLC, DHS Lot 11 Holdings, LLC, Happy Hours, LLC, upon Defendant Ricky McCormies served on 6/16/2022, answer due 7/7/2022. Service of the Summons and Complaint were executed upon the Clerks Office in compliance with Federal Rules of Civil Procedure. (Hakala, Brad) (Entered: 06/22/2022) |
| 07/07/2022 | 17 | ANSWER to Complaint - (Discovery),, *DEFENDANT RICKY McCORMIES ANSWER TO PLAINTIFFS COMPLAINT; DEMAND FOR JURY TRIAL* filed by Defendant Ricky McCormies.(Attorney Kristopher S. Davis added to party Ricky McCormies(pty:dft)) (Davis, Kristopher) (Entered: 07/07/2022) |
| 07/15/2022 | 18 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 20-25 days, filed by Plaintiffs DHS Lot 11 Holdings, LLC, Happy Hours, LLC, Moon Lev Investments, LLC.. (Attachments: # 1 Exhibit Exhibit A)(Hakala, Brad) (Entered: 07/15/2022) |
| 07/29/2022 | 19 | MINUTES OF VIDEO HEARING RE SCHEDULING CONFERENCE held before Judge John W. Holcomb. The Court sets a trial schedule. The Court will issue a separate Scheduling Order. IT IS SO ORDERED. Court Recorder: CourtSmart. (lom) (Entered: 08/02/2022) |
| 08/02/2022 | 20 | CIVIL TRIAL SCHEDULING ORDER by Judge John W. Holcomb. Last day to Conduct Settlement Conference: 12/2/22; Deadline for Initial Designation of Expert Witnesses: 8/25/23; Deadline for Designation of Rebuttal Expert Witnesses: 9/29/23; All Discovery Cut-Off (including hearing of discovery motions): 11/17/23; Dispositive Motion Hearing Cut-Off: 1/26/24; Deadline for Hearing on Motions in Limine: 3/1/24 at 9:00 a.m.; Final Pretrial Conference: 3/8/24 at 1:00 p.m.; Jury Trial: 3/25/24 at 9:00 a.m. Trial Estimate: 10 days. See order for details. (lom) Modified on 8/2/2022 (lom). (Entered: 08/02/2022) |
| 08/02/2022 | 21 | ORDER/REFERRAL to ADR Procedure No. 2 by Judge John W. Holcomb. Case ordered to Court Mediation Panel for mediation. ADR Proceeding to be held no later than 12/2/2022. (dgo) (Entered: 08/02/2022) |

| 08/04/2022 | 22 | REQUEST TO SUBSTITUTE ATTORNEY J SCOTT ZUNDEL in place of attorney KRISTOPHER S. DAVIS filed by Defendant EcoMaster Corporation. (Attachments: # 1 Proposed Order) (Attorney J Scott Zundel added to party EcoMaster Corporation(pty:dft)) (Zundel, J) (Entered: 08/04/2022) |
| 08/05/2022 | 23 | ORDER by Judge John W. Holcomb GRANTING 22 Request to Substitute Attorney. Attorney Kristopher S. Davis terminated. (yl) (Entered: 08/08/2022) |
| 08/23/2022 | 24 | STIPULATION REGARDING SELECTION of Panel Mediator filed. Parties stipulate that Mr. Richard McNeil may serve as Panel Mediator. Plaintiff obtained the Panel Mediators consent to serve. All parties and the Panel Mediator have agreed that the mediation will be held on 11/8/2022 and counsel will submit mediation statements seven (7) calendar days before the session. Filed by Plaintiffs DHS Lot 11 Holdings, LLC, Happy Hours, LLC, Moon Lev Investments, LLC(Hakala, Brad) (Entered: 08/23/2022) |
| 08/24/2022 | 25 | NOTICE OF ASSIGNMENT of Panel Mediator. Mediator (ADR Panel) Richard J McNeil has been assigned to serve as Panel Mediator. (lst) (Entered: 08/24/2022) |

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 09/08/2022 10:08:06 | | |
| **PACER Login:** | dplazak3133 | **Client Code:** | I0272.005 |
| **Description:** | Docket Report | **Search Criteria:** | 5:22-cv-00865-JWH-SHK End date: 9/8/2022 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3685 Main Street, Suite 300, Riverside, CA 92501
Mailing:  P.O. Box 1300, Riverside, CA 92502-1300

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF REMOVAL OF LAWSUIT PENDING IN UNITED STATES DISTRICT COURT, CENTRAL DISTRICT TO BANKRUPTCY COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/08/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Arturo Cisneros (TR)**    amctrustee@mclaw.org,
  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
- **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
- **Everett L Green**    everett.l.green@usdoj.gov
- **Douglas A Plazak**    dplazak@rhlaw.com
- **Cameron C Ridley**    Cameron.Ridley@usdoj.gov
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 09/12/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 12, 2022 | Wendy M. Patrick | /s/ Wendy M. Patrick |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**

Happy Hours, LLC
DHS Lot 11 Holdings, LLC
Moon Lev Investments

Brad A. Hakala
Hakala Law Group PC
One World Trade Center
Suite 1870
Long Beach, CA 90831

Coachillin Holdings, LLC
Coachillin Energy Company, LLC
Kenneth Dickerson
William Moreland
Katherine Beneteau
Michael Dickerson
Kirsten Dickerson
Ricky McCormies

Kristopher S. Davis
Faegre Drinker Biddle and Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

Indian Canyon and 18th Property Owners Association

Joseph A. Levanthal
Dinsmore and Shohl LLP
655 W. Broadway, Suite 800
San Diego, CA 92101

EcoMaster Corporation

J. Scott Zundel
J. Scott Zundel Law Offices
74-000 Country Club Dr., Suite C-4
Palm Desert, CA 92260